IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION DIVISION



| | |
|---|---|
| MAIL BOXES ETC., INC. | ) Case No. 1:06-CV-127 |
| Plaintiff, | ) Hon. Oliver Wanger |
| Vs. | ) ORDER ON MOTION FOR |
| DENNIS AND PAMELA MEEKS ET AL | ) TEMPORARY RESTRAINING ORDER |
| Defendants. | ) Hearing: |
| | ) Date: February 8, 2006 |
| | ) Time: 12:00 p.m. |

Order on Motion for Temporary Restraining Order

L. Michael Hankes, Esquire of Boston, Massachusetts appeared specially without acceding to the Court's jurisdiction. The Court finds that in view of the arbitration clause and the pending consolidated arbitration and in view of the dispute over the right to use the mark and the name, there is no basis for temporary restraining order.

The plaintiffs' request for a temporary restraining order is denied without prejudice. So ordered.

2-9-06

Date

Hon. Oliver W. Wanger
United States District
Court Judge