UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAIL BOXES ETC., INC., | ) | |
| | ) | |
| Plaintiff, | ) | 1:06-CV-00127 OWW LJO |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS MEEKS, et al., | ) | ORDER DISMISSING ACTION |
| | ) | WITH PREJUDICE |
| | ) | |
| Defendant | ) | |

Pursuant to the Notice of Voluntary Dismissal submitted by the plaintiff, and no appearance having been made by the defendant, this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   April 6, 2006**                    /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE

1